# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MAXIE SMITH,**

    **Plaintiff,**

vs.                                    **CASE NO. 4:04CV508-MMP/AK**

**JAMES CROSBY, et al,**

    **Defendants.**

                                          /

## O R D E R

Plaintiff has filed an amended complaint (doc. 15), which with two exceptions, is ready to be served upon the Defendants.  Plaintiff's primary complaints concern the denial of pain medication by two medical personnel at Wakulla Correctional Institution.  Plaintiff's other claims against the Warden and the Secretary of DOC are not viable and should be deleted from a second amended complaint.  Neither Crosby nor Mecusker have liability simply because they (or their offices) responded to the medical grievances.

    Accordingly, it is

    **ORDERED:**

1.  The Clerk shall mail to Plaintiff two more complaint forms for prisoners filing claims under section 1983.

2.  Plaintiff shall on or before **July 29, 2005**, file a "Second Amended Complaint" asserting his claims against Defendants Huang and Kirkland, but he should delete his claims against Mecusker and Crosby.  If he does this, he may submit two service copies of the second amended complaint at the time he files it.

**DONE AND ORDERED** this **18th** day of July, 2005.

                                              s/ A. KORNBLUM
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**

**No. 4:04cv508-mmp/ak**