IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAXIE SMITH,

    Plaintiff,

v.                                    CASE NO. 4:04-cv-00508-MP-AK

JAMES V CROSBY,
et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 23, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed without prejudice for failure to state a claim. Objections were due by December 13, 2005, but none were filed. The Court agrees with the Magistrate Judge that nothing about the medical staff's decision to switch plaintiff's pain medication from Ibuprofen to Tylenol demonstrated deliberate indifference to plaintiff's medical needs. Therefore, plaintiff's claims do not rise to the level of constitutional violations. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is DISMISSED under 28 U.S.C. § 1915(e)(2)., and the clerk is directed to close the file.

**DONE AND ORDERED** this   *5th* day of January, 2006



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge